The People of the State of Illinois, defendant in error, v. W. O. Warren, plaintiff in error.

Judgment for plaintiff for $25. Error to the Circuit Court of Clinton county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded for failure of defendant in error to file a brief. Opinion filed November 1, 1918.

Johnston & Johnston and Kramer, Kramer & Campbell, for plaintiff in error. No appearance for defendant in error.

Mr. Justice McBride delivered the opinion of the court.

---

**Town of Omphghent, appellee, v. Henry Gusewelle, appellant.**

Action to recover a penalty for obstructing a highway. Judgment against defendant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

Keefe, Hadley & Baxter, for appellant. Terry, Gueltic & Powell, for appellee.

Mr. Justice McBride delivered the opinion of the court.

---

Joe Moreen, defendant in error, v. William C. Niblack, trustee in bankruptcy for O'Gara Coal Company, bankrupt, plaintiff in error.

Action to recover for personal injuries sustained by miner caused by fall of slate. Judgment for plaintiff. Error to the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

Miley & Combe, for plaintiff in error. Fowler & Rumsey and W. C. Kane, for defendant in error.

Mr. Justice McBride delivered the opinion of the court.

---

John R. Gage, administrator of the estate of Thomas E. Gage, deceased, appellee, v. City of Vienna, Illinois, appellant.

Appeal from the Circuit Court of Johnson county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on striking bill of exceptions for not having been filed in time. Opinion filed November 1, 1918.

John O. Cowan, Spann & Spann, Cowan & Huffman and Mansfield & Cowan, for appellant. O. R. Morgan, C. S. Miller and H. Robert Fowler, for appellee.

Mr. Justice McBride delivered the opinion of the court.

---

Owensboro Wagon Company, appellant, v. Douglas Tanner, appellee.

Action on note. Judgment for defendant. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

Gustin, Lightfoot & Gustin, for appellant; Gifford & Steinfeld, of counsel. H. N. Finney, for appellee; R. S. Marsh, of counsel.

Mr. Justice McBride delivered the opinion of the court.